```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESARROLLADORA LA RIBERA, S. DE R.L. DE C.V.,

                Plaintiff,

-against-

STEVE ANDERSON, et al.

                Defendants.

24-CV-67 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

No later than **December 4, 2024**, defendant 5W Public Relations, LLC (5W PR) and counterclaimant TRG CP, LLC (TRG CP) must each file a Rule 7.1 Statement, in the form available at https://www.nysd.uscourts.gov/forms/rule-71-statement, in accordance with Fed. R. Civ. P. 7.1.

The parties' attention is drawn to Part II, which notes that "the citizenship of an L.L.C. is the citizenship of each of its members." *See Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012). 5W PR and TRG CP shall identify, and disclose the citizenship of, each of its members. "An individual's citizenship, within the meaning of the diversity statute, is determined by his domicile." *McKie v. Kornegay*, 2022 WL 4241355, at *1 (2d Cir. Sept. 15, 2022) (quoting *Van Buskirk v. United Grp. of Cos., Inc.*, 935 F.3d 49, 53 (2d Cir. 2019)).

Dated: New York, New York
       December 2, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**