USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESARROLLADORA LA RIBERA, S. DE R.L. DE C.V.,

    Plaintiff,

  -against-

STEVE ANDERSON, et al.,

    Defendants.

24-CV-67 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    WHEREAS, on December 20, 2024, this Court issued an Opinion & Order (Dkt. 93) which: (i) granted defendant Steve Anderson's motion to compel arbitration of plaintiff's defamation (and related) claims against him; (ii) granted plaintiff's motion to compel arbitration of Counterclaims I-IV brought by defendant/counterclaimant Amit Raizada and counterclaimant TRG CP LLC (TRG); and (iii) stayed all remaining claims and counterclaims in this action pending arbitration; and

    WHEREAS, on January 9, 2025, Raizada – who did not previously move to compel arbitration – filed a motion (Dkt. 94) to lift the stay for the limited purpose of compelling arbitration of plaintiff's defamation (and related) claims against him; and

    WHEREAS, plaintiff's claims against Raizada are identical to plaintiff's claims against Anderson; and

    WHEREAS on January 23, 2025, plaintiff filed a statement of non-opposition (Dkt. 96) regarding Raizada's January 9 motion;

    NOW, THEREFORE, for good cause shown, it is hereby ORDERED that Raizada's January 9 motion (Dkt. 94) is GRANTED and plaintiff's claims against Raizada are COMPELLED to arbitration.

This action shall otherwise remain stayed pending the arbitration proceedings.

Dated: New York, New York
January 27, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**